AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422 et. al.

        Plaintiffs,

V.

Perino Plumbing and Heating, Inc.

        Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 936**

DESIGNATED **JUDGE DARRAH**
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)
    PERINO PLUMBING AND HEATING, INC.
    C/O ITS REGISTERED AGENT, DEBRA L. PERINO
    216 NORTHWESTERN
    P. O. BOX 116
    SPRING VALLEY, ILLINOIS 61362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_
(By) DEPUTY CLERK

February 14, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE APRIL 14, 2008 AT 5:15 PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: PERINO PLUMBING AND HEATING, INC C/O ITS REGISTERED AGENT- DEBRA L. PERINO at her personal residence - 226 NORTHWESTERN STREET, SPRING VALLEY, IL 61362. SHE CAN BE DESCRIBED AS A F/W, 40 YEARS OF AGE, DARK BROWN HAIR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/14/08
             Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.