## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, )
ILLINOIS PENSION FUND AND )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ) No. 08 C 936
ILLINOIS WELFARE FUND, )
                                ) Judge Darrah
        Plaintiffs, )
                                ) Magistrate Judge Valdez
    v. )
                                )
PERINO PLUMBING AND HEATING, )
INC., an Illinois corporation, )
                                )
        Defendant. )

### NOTICE OF RULE 41(a)(1) DISMISSAL

Plaintiffs, by and through their attorneys, DONALD SCHWARTZ and ARNOLD AND

KADJAN, pursuant to the provisions for Rule 41(a)(1) of the Federal Rules of Civil Procedure,

hereby give notice of the dismissal of this cause, as to Defendant, PERINO PLUMBING AND

HEATING, INC., an Illinois Corporation without prejudice and costs.

                              Respectfully submitted,

                              **ARNOLD AND KADJAN**

                              s/Donald D. Schwartz
                              Donald D. Schwartz
                              Attorney for Plaintiffs

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Notice of Rule 41(a)(1) Dismissal was filed electronically on the 28th day of May 2008, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

> Todd Miller
> Allocco & Miller, P.C.
> 3409 N. Paulina Street
> Chicago, IL 60657

<u>s/Donald D. Schwartz</u>

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438