UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00936

Honorable John W. Darrah

Perino Plumbing and Heating, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

MINUTE entry before the Honorable John W. Darrah:Plaintiffs having filed a notice of Rule 41(a)(1) dismissal, this case is hereby closed. Civil case terminated. Status hearing set for 5/29/08 is vacated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.